■ In the Matter of JASWINDER KAUR SAINI, Respondent, v HARVINDER SINGH, Appellant. [17 NYS3d 308]—Appeal from an order of protection of the Family Court, Queens County (Ronald E. Richter, J.), dated October 17, 2014. The order of protection, inter alia, directed the appellant to stay away from the petitioner until and including October 16, 2016, based upon findings, after a hearing, that the appellant committed the family offenses of attempted assault in the third degree, harassment in the second degree, and menacing in the third degree.

Ordered that the order of protection is affirmed, without costs or disbursements.

The appellant's guilt of the family offenses of attempted assault in the third degree, harassment in the second degree, and menacing in the third degree was established by a fair preponderance of the credible evidence (*see Matter of Monos v*

*Monos*, 123 AD3d 931 [2014]). Further, it appears from the record that the appellant was afforded "meaningful representation" of counsel (*Matter of Alfred C.*, 237 AD2d 517, 517 [1997]; *see Matter of Melissa K. v Brian K.*, 72 AD3d 1129, 1133 [2010]).

The appellant's remaining contentions are without merit.

Accordingly, the Family Court properly issued an order of protection against the appellant. Dillon, J.P., Chambers, Hall and Hinds-Radix, JJ., concur.